**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FUENTES,<br><br>        **Plaintiff,**<br><br>-against-<br><br>1236 SECOND AVENUE RESTAURANT CORP., ET AL,<br><br>        **Defendants.** | 25-cv-02721 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  On August 14, 2025, the Court ordered Plaintiff to show cause by August 21, 2025, as to why this action should not be dismissed without prejudice for failure to prosecute the case pursuant to Fed. R. Civ. P. 41(b). ECF No. 2. Such showing was not made. Accordingly, this case is dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case sua sponte for failure to prosecute . . .").

  The Clerk of Court is respectfully directed to terminate this case.

  **SO ORDERED.**

Dated: October 2, 2025
    New York, New York

                 _____
                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**